JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME ALLIANCE BANK, INC., | Case No. CV 21-2336 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SHI HOLDING, INC., | |
| Defendant. | |

Pursuant to the Court's Order re: Plaintiff's Motion for Entry of Default Judgment, IT IS ADJUDGED that judgment is entered in favor of plaintiff Prime Alliance Bank, Inc. and against defendant SHI Holding, Inc. in the total amount of $933,939.37 in damages. Defendant is also ordered to pay attorney's fees and costs in the amount of $9,255.35.

Dated this 28th day of February, 2022.

/s/
Fernando M. Olguin
United States District Judge